1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9         SOUTHERN DISTRICT OF CALIFORNIA
10
11   HAYTHAM YOUSIF,                    Case No.: 23-cv-761-BAS-DDL
12                  Plaintiff,
                                        **ORDER GRANTING JOINT**
13   v.                                 **MOTION TO CONTINUE**
                                        **PRETRIAL DATES**
14   MCLAREN AUTOMOTIVE, INC., and
     DOES 1 TO 10, inclusive,           **[Dkt. No. 20]**
15
16                  Defendants.
17

18        Before the Court is the parties' Joint Motion to Modify Certain Pretrial Dates and
19   Scheduling Order ("Joint Motion").  Dkt. No. 20.  The parties request to continue the
20   deadlines for initial expert disclosures, rebuttal expert disclosures, and the fact and expert
21   discovery cutoff by approximately one week each.  The parties contend that good cause
22   exists to continue these deadlines because the parties have had "difficulties in obtaining the
23   necessary deposition of third-party witnesses prior to Expert Disclosures."  *Id*. at 2.
24   Specifically, Plaintiff's counsel fell ill on the date of a third-party witness's deposition, and
25   because counsel and the witness were unable to proceed with the deposition on that date,
26   the parties rescheduled the witness's deposition to January 24, 2024.
27   / / /
28   / / /

Good cause appearing, the Joint Motion is **GRANTED**.  The pretrial dates set forth in the Scheduling Order [Dkt. No. 12] and in the order at Dkt. No. 16 are modified as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Initial Expert Disclosure Deadline | January 26, 2024 | February 5, 2024 |
| Rebuttal Expert Disclosure Deadline | February 5, 2024 | February 12, 2024 |
| Deadline to Complete Fact Discovery | February 14, 2024 | February 21, 2024 |
| Deadline to Complete Expert Discovery | February 14, 2024 | February 21, 2024 |
| Pre-Settlement Conference Call with Plaintiff's Counsel | N/A | March 1, 2024 at 12:00 p.m. |
| Pre-Settlement Conference Call with Defendant's Counsel | N/A | March 1, 2024 at 12:30 p.m. |
| Mandatory Settlement Conference (in-person – *see* Dkt. No. 19) | March 5, 2024 at 1:30 p.m. | NO CHANGE |
| Pretrial Motions Filing Deadline (including *Daubert* motions) | March 14, 2024 | NO CHANGE |
| Pretrial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(3) | June 10, 2024 | NO CHANGE |
| Meeting of Counsel Pursuant to CivLR 16.1.f.4.a | June 17, 2024 | NO CHANGE |
| Deadlines for Plaintiff's Counsel to Provide Proposed Pretrial Order to Opposing Counsel | June 24, 2024 | NO CHANGE |
| Lodging of Proposed Pretrial Order | July 1, 2024 | NO CHANGE |
| Pretrial Conference | July 15, 2024 at 11:00 a.m. | NO CHANGE |

23-cv-761-BAS-DDL

| Deadline to File Motions *in Limine* | July 29, 2024 | NO CHANGE |
|---|---|---|
| Deadline to File Responses to Motions *in Limine* | August 12, 2024 | NO CHANGE |
| Trial Documents Deadline | August 12, 2024 | NO CHANGE |
| Deadline to Exchange Final Exhibit and Witness Lists | September 3, 2024 | NO CHANGE |
| Hearing on Motions *in Limine* | September 9, 2024 at 10:30 a.m. | NO CHANGE |
| Trial Date | September 17, 2024 at 9:00 a.m. | NO CHANGE |

Except as set forth herein, all orders, directives, and deadlines set forth in the Scheduling Order at Dkt. No. 12 remain unchanged.  The parties shall review and comply with all deadlines and directives set forth in this Court's Mandatory Settlement Conference Procedures.  Further modifications to the pretrial schedule will only be granted upon a showing of good cause.

**IT IS SO ORDERED.**

Dated:  January 26, 2024

Hon. David D. Leshner
United States Magistrate Judge

3

23-cv-761-BAS-DDL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28